# Order

Michigan Supreme Court
Lansing, Michigan

January 9, 2009

137320

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 137320
COA: 285357
Kalamazoo CC: 04-000543-FC

ROBERT HENRY VANCE,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the July 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

     HATHAWAY, J., not participating.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

_____
Clerk